**No. 43034.**—Protest 722067–G of Western Novelty Co. (Los Angeles).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of silver-plated antimony powder boxes the same as those the subject of Abstract 27143.   The claim as hollow ware at 50 percent under paragraph 339 was therefore sustained.

**No. 43035.**—Protest 722050–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of Abstract 32324 brass candelabra were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 43036.**—Protest 720649–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J.   It was stipulated that the brass candlesticks in question are similar to those the subject of Abstract 30367.   The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 43037.**—Protest 722040–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel brass candlesticks, bookends, boxes, letter openers, burners, weights, clips, slides, vases, covers, lanterns, jars, inkwells, stamp boxes, and iron screens were held dutiable as household utensils or hollow ware at 40 percent under paragraph 339 as claimed. Abstracts 32324, 30073, 29549, 30313, 41273, 29548, 30366, 30151, 32020, 30408, 41273, 30364, and 30733 followed.

**No. 43038.**—Protest 721982–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel, brass candlesticks, brass candleholders, enamel box, brass vases, copper vases, brass lanterns, and candle sconces were held dutiable as household utensils or hollow ware at 40 percent under paragraph 339 as claimed.   Abstracts 32324, 30366, 32020, and 30943 followed.

**No. 43039.**—Protest 720648–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of Abstracts 30366 and 30364 the merchandise in question was held dutiable at 40 percent under paragraph 339 as claimed.